IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-CV-00058-FDW

| | |
|---|---|
| CHARLES L. PICKENS,<br>JUSTIN M. LANASA,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>FRANK PERRY, CHAD GREENE,<br>B. SEEKINS, DANNY DALTON,<br>CARLOS HERNANDEZ,<br><br>　　　　Defendants. | **ORDER** |

**THIS MATTER** is before the Court on an initial review of this civil action which was filed by Plaintiffs who are proceeding pro se and are prisoners of the State of North Carolina.

Plaintiffs initiated this action by filing a document entitled "Order to Show Cause for an [sic] Preliminary Injunction." (Doc. No. 1). In this document, Plaintiffs present vague and conclusory allegations that one or more of the defendants are mistreating them but these allegations are scant at best. On March 17, 2015, the Clerk mailed Plaintiffs 1983 Complaint forms which are utilized in this District; however Plaintiffs have not returned the completed complaint forms despite more than a month to complete and return the forms. Before this Court will proceed in this matter, Plaintiffs will be ordered to complete the 1983 Complaint forms and return them to the Clerk's Office. Failure to do so within 14-days from entry of this Order will result in dismissal of this action and without further notice. Plaintiffs are also ordered to submit proof that they have completed the Three-Step Administrative Remedy Procedure ("ARP") which is to include copies of the grievances and responses thereto in each of the three steps of

1

the ARP.

**IT IS, THEREFORE, ORDERED** that:

1. Each Plaintiff shall submit a completed 1983 Complaint form within 14-days from entry of this Order. Failure to do so will result in **DISMISSAL** of this civil action and without further notice.

2. Along with the 1983 Complaint, Plaintiffs shall submit proof of their participation in and completion of the Three-Step Administrative Remedy Procedure which is to include copies of each grievance and the responses thereto.

**IT IS SO ORDERED.**

Signed: April 22, 2015

Frank D. Whitney
Chief United States District Judge