# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| CHARLES L. PICKENS, JUSTIN M. LANASA, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:15-cv-00058-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK PERRY, CHAD GREENE, B. SEEKINS, DANNY DALTON, CARLOS HERNANDEZ, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 15, 2015 Order.

May 15, 2015

Frank G. Johns, Clerk
United States District Court